NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

John C. Hueston, State Bar No. 164921
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

ATTORNEY(S) FOR: Defendants SCE & Edison International

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew von Oeyen, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Southern California Edison, et al., <br><br> Defendant(s) | CASE NUMBER: <br><br> 19-cv-03955-MWF-AFM <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Southern California Edison Company ("SCE") and Edison International
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Andrew von Oeyen | Plaintiff |
| Emmanuel Villaume | Plaintiff |
| Dawn Ericson, individually and as Trustee of the Dawn Navarro Ericson Trust | Plaintiff |
| Dominique Navarro | Plaintiff |
| Jack Silverman | Plaintiff |
| Claire Silverman | Plaintiff |
| Mariel Sandoval, individually and as parent and natural guardian of S.B.S., a minor | Plaintiff |
| Cliff Hirsch | Plaintiff |

Additional parties on Attachment A hereto.

| | |
|---|---|
| August 8, 2019 | /s/ John C. Hueston |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendants SCE and Edison International

*Andrew von Oeyen, et al. v. Southern California Edison, et al.*

## Attachment A to Certification and Notice of Interested Parties

| Party | Connection/Interest |
|---|---|
| Gladys Hirsch | Plaintiff |
| Thomas Hirsch | Plaintiff |
| ISHC Lompoc, LLC | Plaintiff |
| Paul Rothbard | Plaintiff |
| Chelsea Segal | Plaintiff |
| Joe Duncan | Plaintiff |
| Lanna Duncan | Plaintiff |
| Southern California Edison Company | Defendant |
| Edison International | Defendant |
| The Boeing Company | Defendant |