HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
Andrew K. Walsh, State Bar No. 273763
awalsh@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 775-0898

*Attorneys for Defendants Southern California
Edison Company and Edison International*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VON OEYEN, an individual; EMMANUEL VILLAUME, an individual; DAWN ERICSON, individually and as Trustee of the DAWN NAVARRO ERICSON TRUST; DOMINQUE NAVARRO, an individual; JACK SILVERMAN, an individual; CLAIRE SILVERMAN, an individual; MARIEL SANDOVAL, individually and as parent and natural guardian of STELLA BELLE SANDOVAL, a minor; CLIFF HIRSCH, an individual; GLADYS HIRSCH, an individual; ISHC LOMPOC, LLC, a California limited liability company; PAUL ROTHBARD, an individual; and CHELSEA SEGAL, an individual,<br><br>                Plaintiffs,<br><br>        vs.<br><br>SOUTHERN CALIFORNIA EDISON; EDISON INTERNATIONAL; THE BOEING COMPANY; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 2:19-cv-03955-MWF-AFM<br><br>**CORPORATE DISCLOSURE STATEMENT BY SOUTHERN CALIFORNIA EDISON COMPANY AND EDISON INTERNATIONAL**<br><br>**Fed. R. Civ. P. 7.1** |

1    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of
2    record for Defendants Southern California Edison and Edison International ("The
3    Edison Defendants") certifies the following:
4        1.    Edison International ("EIX") is a private, non-governmental entity.  The
5            undersigned certifies that EIX has no parent corporation and that no publicly-
6            held corporation owns 10% or more of EIX's stock.
7        2.    Southern California Edison Company ("SCE") is a private, non-
8            governmental entity.  The undersigned certifies that SCE is a wholly-owned
9            subsidiary of EIX.
10
11   Dated: August 8, 2019                    HUESTON HENNIGAN LLP
12
13                                             By:    /s/ John C. Hueston
14                                                   John C. Hueston
                                                     Douglas J. Dixon
15                                                   Andrew K. Walsh
16
                                             *Attorneys for Defendants*
17                                           Southern California Edison Company and
                                             Edison International
18
19
20
21
22
23
24
25
26
27
28

5560061