UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 31 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW VON OEYEN, an individual; et al., | No. 19-56040 |
| Plaintiffs-Appellees, | D.C. No. 2:19-cv-03955-MWF-FFM Central District of California, Los Angeles |
| v. | |
| THE BOEING COMPANY, | ORDER |
| Defendant-Appellant, | |
| and | |
| SOUTHERN CALIFORNIA EDISON COMPANY; et al., | |
| Defendants. | |

Before: SILVERMAN, W. FLETCHER, and RAWLINSON, Circuit Judges.

Upon review of the record, we summarily affirm the district court's finding that appellant failed to demonstrate that the case was properly removed pursuant to 28 U.S.C. § 1442.  *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

Appellees' motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 8) is therefore granted.  *See* 28 U.S.C. § 1447(d); *Atlantic Natl. Trust LLC v. Mt. Hawley Ins. Co.*, 621 F.3d 931 (9th Cir. 2010).

AT/MOATT

The urgent motion to stay state court proceedings (Docket Entry No. 2) is denied as moot.

**AFFIRMED in part; DISMISSED in part.**