FILED

JUN 19 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW VON OEYEN, an individual; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant-Appellant, <br><br> and <br><br> SOUTHERN CALIFORNIA EDISON COMPANY; et al., <br><br> Defendants. | No.   19-56040 <br><br> D.C. No. 2:19-cv-03955-MWF-FFM Central District of California, Los Angeles <br><br> ORDER |

Before:  SILVERMAN, W. FLETCHER, and RAWLINSON, Circuit Judges.

The motion for reconsideration is granted in part (Docket Entry No. 20). The October 31, 2019 order is vacated.

The district court remanded this case on the basis of a defect in removal procedure.  Appellees' motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 8) is therefore granted.  See 28 U.S.C. § 1447(d); *Atlantic Natl. Trust LLC v. Mt. Hawley Ins. Co.*, 621 F.3d 931 (9th Cir. 2010).

The request for reconsideration en banc is denied on behalf of the court.  See 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

AT/MOATT

All other pending motions are denied as moot.

**DISMISSED.**