UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW VON OEYEN, an individual; et al.,<br><br>            Plaintiffs - Appellees,<br><br>    v.<br><br>THE BOEING COMPANY,<br><br>            Defendant - Appellant,<br><br> and<br><br>SOUTHERN CALIFORNIA EDISON COMPANY; et al.,<br><br>            Defendants. | No. 19-56040<br><br>D.C. No. 2:19-cv-03955-MWF-FFM<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered June 19, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7